IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PINCHUS E. RAUL, Derivatively on Behalf of :
Hercules Offshore, Inc., :
:
Plaintiff, :
:
v. : C.A. No. 11-560-LPS
:
JOHN T. RYND, JAMES W. NOE, STEPHEN :
M. BUTZ, TROY L. CARSON, TERRELL L. :
CARR, LISA W. RODRIGUEZ, THOMAS N. :
AMONETT, THOMAS J. MADONNA, F. :
GARDNER PARKER, SUZANNE V. BAER, :
STEPHEN A. WEBSTER, THOMAS R. :
BATES, JR., THOMAS M. HAMILTON, :
THIERRY PILENKO and FREDERIC W. :
COOK & CO., INC., :
:
Defendants, :
:
and :
:
HERCULES OFFSHORE, INC., :
:
Nominal Defendant. :
:

## ORDER

At Wilmington this 14th day of March, 2013:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1. The Hercules Offshore Defendants' Motion to Dismiss (D.I. 24) is GRANTED.

2. Frederick W. Cook & Co., Inc.'s Motion to Dismiss (D.I. 26) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE